JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSE ROSAS, | ) | NO. CV 14-1566-GAF (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| DANIEL PARAMO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order Dismissing Action Without Prejudice,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: April 25, 2014.

*/s/ Gary Feess*

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE